UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SHIRLEY SHEA, ) | |
| ) | |
| *Plaintiff,* ) | Case No. 1:03-cv-304 |
| ) | |
| v. ) | *Judge Mattice* |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| *Defendant.* ) | |

## **ORDER**

It is hereby **ORDERED** that the court will hold a Fed. R. Civ. P. 16(b) scheduling conference on **March 13, 2006** at **10:00 a.m.** for the purpose of entering a revised scheduling order.

SO ORDERED this 27th day of January, 2006.

                                            *s/ Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE